

FILED
CLERK, U.S. DISTRICT COURT
SEP 19 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Ramiro Velasco Rodriguez DEFENDANT(S). | CASE NUMBER CR-11-400-AHM-2 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___deft___, IT IS ORDERED that a detention hearing is set for ___Detention Hrg___, ___9/23/11___, at ___11:00___ ☒a.m. / ☐p.m. before the Honorable ___Ralph Zarefsky___, in Courtroom ___341___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____(Other custodial officer)_____

Dated: ___9/19/11___              _____
                                   U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                     Page 1 of 1